L. GETRAER & Co., INC., v. SCHONEBERGER & NOBLE, INC.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

In the Matter of the Application of EDWARD MANN and Others against WILLIAM E. WALSH and Others.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by FRANCIS R. STODDARD, JR., Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property and Liquidate the Business of the MOTOR CAR MUTUAL CASUALTY COMPANY.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and Sherman, JJ.

41ST STREET BUS TERMINAL, INC., v. JOHN KLINGER, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

AMERICAN SEATING COMPANY v. OLTARSH BUILDING Co., INC., and Others.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

JOHN A. HARRISS v. J. FREDERIC TAMS and Others, Impleaded with CHARLES KING.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

EDJOY REALTY, INC., v. JOHN MULLANE and JOHN MULLANE, JR., as Administrators, etc., of PATRICK J. MULLANE, Deceased.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

FRANK L. GERLACH and Another v. MORTGAGE CLEARING CORPORATION and Another.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

GEORGE CHURCH v. ARTHUR M. WICKWIRE and Others.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

MARCUS BROWN CONSTRUCTION Co., INC., v. ROSEL HOLDING CORPORATION and Others, Impleaded with PUBLIC NATIONAL BANK AND TRUST COMPANY OF NEW YORK. EDWARD J. CHAPMAN, Receiver.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

EDWARD C. BAUMERT v. A. PROAL McGRAW and Others, Impleaded with COGWILL LAND Co., INC.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

In the Matter of the Arbitration between IRVING R. BOODY & Co., Agents for the EAST ASIATIC Co., LTD., COPENHAGEN, and FREY & HORGAN CORPORATION.— Objection to service of affidavit and notice of motion overruled, and motion for leave to appeal denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

ALBERT P. RIPPENBEIN v. I. G. FARBENINDUSTRIE AKTIENGESELLSCHAFT and Others, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

ALBERT P. RIPPENBEIN v. I. G. FARBENINDUSTRIE AKTIENGESELLSCHAFT.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

SAVA KEHAYA v. E. PALMER BURNHAM and Others.— Motion denied, with